Tonya R. CHAPMAN, Plaintiff–Appellant,

v.

ENTERPRISE RENT–A–CAR COMPANY; Enterprise Rent–A–Car Company of Spartanburg, SC; Samuel Bo Huffling, Regional Manager; Robert Carmen, Manager; Lauren Pace, Assistant Manager, Defendants–Appellees.

No. 16-1299

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 22, 2016

Tonya R. Chapman, Appellant Pro Se. Sarah Day Hurley, Turner, Padget, Graham & Laney, PA, Greenville, South Carolina, Carmelo Barone Sammataro, Turner, Padget, Graham & Laney, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonya R. Chapman appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants summary judgment in Chapman's 42 U.S.C. § 1981 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Chapman v. Enterprise Rent–a–Car Co., No. 7:15–cv–00441–TMC, 2016 WL 695623 (D.S.C. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED